<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __**11**__

</td></tr>
</table>

☐ Check if this is an
   amended filing

<u>Official Form 201</u>

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **East African Drilling LTD. a/k/a East Africa Drilling Ltd.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | ___ ___ ___ – ___ ___ ___ ___ ___ ___ ___ ___ |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **Registered Office: Craigmuir Chambers** | **9595 Six Pines, Bld 8** |
| Number     Street | Number     Street |
| **Road Town, Tortola VG 1110** | **Suite 8210** |
| | P.O. Box |
| **British Virgin Islands** | |
| | |
| City                    State     ZIP Code | **The Woodlands          TX     77380** |
| | City                    State     ZIP Code |
| **HARRIS** | **Location of principal assets, if different from principal place of business** |
| County | |
| | **Port of Houston, Manchester Terminal** |
| | Number     Street |
| | **1000 Manchester Street, Suite A** |
| | |
| | **Houston          TX     77012** |
| | City                    State     ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor  **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**      Case number (if known) _____

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/

____ ____ ____ ____

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |

If more than 2 cases, attach a separate list.

☐ Yes.  District _____ When _____ Case number _____
                                    MM / DD / YYYY

        District _____ When _____ Case number _____
                                    MM / DD / YYYY

        District _____ When _____ Case number _____
                                    MM / DD / YYYY

03/25/2016 11:06:57am

Debtor   **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**          Case number (if known) _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.   Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

List all cases.  If more than 1, attach a separate list.

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
Number        Street

_____

_____   _____   _____
City                             State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and adminstrative information

**13.  Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**                   Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 | |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | |
| | | ☐ 200-999 | | | |

| | | | | | |
|---|---|---|---|---|---|
| **15.** | **Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

| | | | | | |
|---|---|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

## Part X:   Request for Relief, Declaration, and Signatures

**WARNING --**Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/25/2016**
          MM / DD / YYYY

X **/s/ Shane Reeves**                                    **Shane Reeves**
   Signature of authorized representative of debtor          Printed name

Title **Restructuring Officer**

**18. Signature of attorney**

X **/s/ James B. Jameson**                          Date **03/25/2016**
   Signature of Attorney for Debtor                          MM / DD / YYYY

**James B. Jameson**
Printed name

**James B. Jameson**
Firm Name

**PO Box 980575**
Number          Street

_____

**Houston**                                    **TX**          **77098**
City                                          State          ZIP Code

Contact phone **(713) 807-1705**          Email address **jbjameson@jamesonlaw.net**

**10598500**                                    **TX**
Bar number                                      State

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **East African Drilling LTD. a/k/a East Africa Drilling Ltd.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                    **Current value of debtor's interest**

2.   **Cash on hand** _____

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| | | __ __ __ __ | |
| | | __ __ __ __ | |

4.   **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    **$0.00**

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor   **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**
_____
         Name

03/25/2016 11:06:58am

Case number (if known) _____

**7.   Deposits, including security deposits and utility deposits**

Current value of
debtor's interest

Description, including name of holder of deposit

_____        _____

_____        _____

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

_____        _____

_____        _____

**9.   Total of Part 2.**
     Add lines 7 through 8.  Copy the total to line 81.

| $0.00 |
|---|

## Part 3:  Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

**11.   Accounts receivable**

Current value of
debtor's interest

11a.  90 days old or less:   **$0.00**     −    **$0.00**    = .............. ➔      $0.00
                         face amount         doubtful or uncollectible accounts

11b.  Over 90 days old:    **$0.00**     −    **$0.00**    = .............. ➔      $0.00
                         face amount         doubtful or uncollectible accounts

**12.   Total of Part 3**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $0.00 |
|---|

## Part 4:  Investments

**13.   Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

_____    _____    _____

_____    _____    _____

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                % of ownership:

_____    _____    _____    _____

_____    _____    _____    _____

Debtor   **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**     Case number (if known) _____
         Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

| | | |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.

    | |
    |---|
    | **$0.00** |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

| | | | | |
|---|---|---|---|---|
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

20. **Work in progress**

| | | | | |
|---|---|---|---|---|
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

21. **Finished goods, including goods held for resale**

| | | | | |
|---|---|---|---|---|
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

22. **Other inventory or supplies**

| | | | | |
|---|---|---|---|---|
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    | |
    |---|
    | **$0.00** |

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops--either planted or harvested**

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

Debtor  **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**
_____  Case number (if known) _____
       Name

03/25/2016 11:06:58am

29. **Farm animals**  _Examples:_ Livestock, poultry, farm-raised fish

_____  _____  _____  _____

30. **Farm machinery and equipment**  (Other than titled motor vehicles)

_____  _____  _____  _____

31. **Farm and fishing supplies, chemicals, and feed**

_____  _____  _____  _____

32. **Other farming and fishing-related property not already listed in Part 6**

_____  _____  _____  _____

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
          ☐ No
          ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

_____  _____  _____  _____

40. **Office fixtures**

_____  _____  _____  _____

41. **Office equipment, including all computer equipment and communication systems equipment and software**

_____  _____  _____  _____

42. **Collectibles**  _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

_____  _____  _____  _____

_____  _____  _____  _____

_____  _____  _____  _____

03/25/2016 11:06:58am

Debtor   **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**          Case number (if known) _____
       Name

**43. Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____
_____  _____  _____  _____

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats
    trailers, motors, floating homes, personal watercraft, and fishing vessels

_____  _____  _____  _____
_____  _____  _____  _____

**49. Aircraft and accessories**

_____  _____  _____  _____
_____  _____  _____  _____

**50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

    **LCI 2000 Drilling Rig   (see attched Exhibit A)** _____  _____  $10,000,000.00

**51. Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

| | $10,000,000.00 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

Debtor    **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**    Case number (if known) _____
_____
Name

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

56.    **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    | **$0.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:    Intangibles and Intellectual Property

59.    **Does the debtor have any interests in intangibles or intellectual property?**
☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.    | **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**      Case number (if known) _____
       Name

03/25/2016 11:06:58am

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes.  Fill in the information below.

**Current value of
debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____      _____ − _____ = ➔ _____
                                      Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____
    _____   Tax year _____   _____
    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

    _____   _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____   _____

    **Nature of claim**   _____
    **Amount requested**   _____

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

    _____   _____

    **Nature of claim**   _____
    **Amount requested**   _____

76. **Trusts, equitable or future interests in property**

    _____   _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    _____   _____
    _____   _____

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.

    | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor   **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**          Case number (if known) _____
_____
Name

03/25/2016 11:06:58am

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,000,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.    91a. | $10,000,000.00    + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.................................................................................... | | **$10,000,000.00** |

03/25/2016 11:06:59am

**Fill in this information to identify the case:**

Debtor name    **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**
ART FM SPC / Assured Risk Transfer Ll

**Creditor's mailing address**
Attn: Mike Seely , Attorney in Fact

Gardere Wynne Sewell LLP

Houston      TX    77002

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account
number**   ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes. Specify each creditor, including this
    creditor, and its relative priority.

**Describe debtor's property that is
subject to a lien**

**Drilling Rig No. 102 (located at Port of
Houston,**

**Describe the lien**

**Business Loan / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Column A | Column B |
|---|---|
| $40,000,000.00 | $10,000,000.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**     $40,000,000.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **East African Drilling LTD. a/k/a East Africa Drilling Ltd.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐  No. Go to Part 2.
☑  Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | **Unknown** | **Unknown** |

**2.1**    Priority creditor's name and mailing address

**Insolvency Group**

**Internal Revenue Service**

**1919 Smith Street**

**Houston**                    **TX**      **77002**

Date or dates debt was incurred
_____

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| **Unknown** | **Unknown** |

**2.2**    Priority creditor's name and mailing address

**Internal Revenue Service**

**P.O. Box 10541**

**Atlanta**                    **GA**      **30348-5421**

Date or dates debt was incurred
_____

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| **Unknown** | **Unknown** |

Debtor    **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**          Case number (if known) _____

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
      claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**66 Oilfield Services, LLC**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Attn: Alexey V. Tarasov, Atty. in Fact**

**Attorney for Intervenors**

**Houston**                    **TX      77002**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74,085.00** |
|---|---|---|---|

**Fabrication of Rig & Exploration, Inc.**

☑ Contingent
☑ Unliquidated
☐ Disputed

**407 Austin Street**

**Cleveland**                  **TX      77327**

Basis for the claim:
**Trade Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mr. Fred Zaziski**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Attn: Mr. Stephen Hunt, Attorney**

**550 Westcott St. Suite 350**

**Houston**                    **TX      77007**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mr. Gary Holley, et al**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Attn: Mr. Trey Henderson/Attorney**

**Doyle Restrepo Harvin & Robbins, LLP**

**Houston**                    **TX      77002**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

03/25/2016 11:07:00am

Debtor    **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**     Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                              **Amount of claim**

**3.5**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:          **$5,281,453.22**
*Check all that apply.*

**OEJP, LLC**

☑ Contingent
**Attn: Trey Henderson, Attorney**          ☑ Unliquidated

**Doyle Restrepo Harvin & Robbins, LLP**       ☑ Disputed

**Houston**          **TX**    **77002**     Basis for the claim: **Assignee of State Court Judgment**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No
                                        ☐ Yes

**3.6**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:           **Unknown**
*Check all that apply.*

**Oklahoma Rig Fabricators, LLC**

☐ Contingent
**Attn: Mark D. Manela; Attorney In Fact**      ☐ Unliquidated

**Attorney for Intervenors**                 ☐ Disputed

**Houston**          **TX**    **77002**     Basis for the claim: **Notice Only**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No
                                        ☐ Yes

**3.7**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:          **$2,851.15**
*Check all that apply.*

**Robinson Group, LLC**

☐ Contingent
**5118 Oso Parkway**                     ☐ Unliquidated

                                      ☐ Disputed

**Corpus Christi**       **TX**    **78413**     Basis for the claim: **Trade Vendor**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No
                                        ☐ Yes

03/25/2016 11:07:00am

Debtor    **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**          Case number (if known) _____

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $5,358,389.37 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $5,358,389.37 |

**Fill in this information to identify the case:**

Debtor name    **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   _____    Chapter   __**11**__
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

     ☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

     ☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
        (Official Form 206A/B).

2.    **List all contracts and unexpired leases**                         **State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease**

| Fill in this information to identify the case: |
| --- |

Debtor name    **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    - ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
    - ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors,** *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

03/25/2016 11:07:01am

**Fill in this information to identify the case:**

Debtor Name **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................................................... **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................................................ **$10,000,000.00**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.................................................................................................. **$10,000,000.00**

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D................. **$40,000,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................................................... **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................. **+ $5,358,389.37**

4. **Total liabilities**
Lines 2 + 3a + 3b............................................................................................................................ **$45,358,389.37**

**Fill in this information to identify the case and this filing:**

Debtor Name      **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/25/2016__           X __/s/ Shane Reeves_____
             MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                   **Shane Reeves**_____
                                   Printed name
                                   **Restructuring Officer**_____
                                   Position or relationship to debtor

03/25/2016 11:07:05am

**Fill in this information to identify the case:**

Debtor name   **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ART FM SPC / Assured Risk Transfer LLC Attn: Mike Seely , Attorney in Fact Gardere Wynne Sewell LLP | | Business Loan | | $40,000,000.00 | $10,000,000.00 | $30,000,000.00 |
| 2 | OEJP, LLC Attn: Trey Henderson, Attorney Doyle Restrepo Harvin & Robbins, LLP 440 Louisiana Street, | | Assignee of State Court Judgment | Contingent Unliquidated Disputed | | | $5,281,453.22 |
| 3 | Fabrication of Rig & Exploration, Inc. 407 Austin Street Cleveland, Texas 77327 | | Trade Vendor | Contingent Unliquidated | | | $74,085.00 |
| 4 | Robinson Group, LLC 5118 Oso Parkway Corpus Christi, Texas 78413 | | Trade Vendor | | | | $2,851.15 |
| 5 | Oklahoma Rig Fabricators, LLC Attn: Mark D. Manela; Attorney In Fact Attorney for Intervenors 440 Louisiana Street, | | Notice Only | | | | $0.00 |

03/25/2016 11:07:05am

Debtor   **East African Drilling LTD. a/k/a East Africa Drilling Ltd.**          Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Mr. Gary Holley, et al Attn: Mr. Trey Henderson/Attorney Doyle Restrepo Harvin & Robbins, LLP 440 Louisiana Street, | | Notice Only | Contingent Unliquidated Disputed | | | $0.00 |
| 7   Mr. Fred Zaziski Attn: Mr. Stephen Hunt, Attorney 550 Westcott St. Suite 350 Houston, Texas 77007 | | Notice Only | | | | $0.00 |
| 8   Internal Revenue Service P.O. Box 10541 Atlanta, Georgia 30348-5421 | | Notice Only | | | | $0.00 |
| 9   Insolvency Group Internal Revenue Service 1919 Smith Street STOP 5022 Houston, Texas 77002 | | Notice Only | | | | $0.00 |
| 10   66 Oilfield Services, LLC Attn: Alexey V. Tarasov, Atty. in Fact Attorney for Intervenors 723 Main Street, Suite 310 | | Notice Only | Contingent Unliquidated Disputed | | | $0.00 |

Debtor(s):  **East African Drilling LTD. a/k/a East Africa**
            **Drilling Ltd.**

Case No:

Chapter:  **11**

SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
66 Oilfield Services, LLC
Attn: Alexey V. Tarasov, Atty.
Attorney for Intervenors
723 Main Street, Suite 310
Houston, TX 77002

ART FM SPC / Assured Risk Trans
Attn: Mike Seely , Attorney in
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 2000
Houston, Texas 77002

Fabrication of Rig & Exploratio
407 Austin Street
Cleveland, Texas 77327


Insolvency Group
Internal Revenue Service
1919 Smith Street
STOP 5022
Houston, Texas 77002

Internal Revenue Service
P.O. Box 10541
Atlanta, Georgia 30348-5421


Mr. Fred Zaziski
Attn: Mr. Stephen Hunt, Attorne
550 Westcott St. Suite 350
Houston, Texas 77007


Mr. Gary Holley, et al
Attn: Mr. Trey Henderson/Attorn
Doyle Restrepo Harvin & Robbins
440 Louisiana Street, Suite 230
Houston, TX 77002

OEJP, LLC
Attn: Trey Henderson, Attorney
Doyle Restrepo Harvin & Robbins
440 Louisiana Street, Suite 230
Houston, Texas 77002

Oklahoma Rig Fabricators, LLC
Attn: Mark D. Manela; Attorney
Attorney for Intervenors
440 Louisiana Street, Suite 230
Houston, TX 77002


Robinson Group, LLC
5118 Oso Parkway
Corpus Christi, Texas 78413
```