IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| EAST AFRICAN DRILLING LTD. | § | 16-31447-H5-11 |
| a/k/a East Africa Drilling Ltd. | § | (Chapter 11) |
| | § | |
| Debtor | § | |

NOTICE OF THE UNITED STATES TRUSTEE'S
INABILITY TO APPOINT A CREDITORS' COMMITTEE

COMES NOW, the United States Trustee for the Southern District of Texas, by and through the undersigned attorney, and respectfully reports as follows:

1.   The United States Trustee is responsible for appointing a committee of creditors holding unsecured claims pursuant to 11 U.S.C. §1102(a)(1).

2.   The United States Trustee has attempted to solicit creditors interested in serving on the Unsecured Creditors' Committee.  After excluding governmental units, secured creditors and insiders, the United States Trustee has been unable to solicit sufficient interest to appoint a proper Committee.

THEREFORE, the United States Trustee has been unable to appoint an Unsecured Creditors' Committee in these jointly administered cases as contemplated by 11 U.S.C. § 1102.

DATED at Houston, Texas on this the 9th day of May, 2016.

JUDY A. ROBBINS
UNITED STATES TRUSTEE


By: /s/ Ellen M. Hickman
        Ellen M. Hickman, Trial Attorney
        TxBar # 12975800, Fed.#17041
        515 Rusk, Suite 3516
        Houston, TX 77002
        713/718-4650, FAX (713/718-4670

<u>Certificate of Service</u>

I hereby certify that a true and correct copy of the above and foregoing Notice of United States Trustee's Inability to Appoint a Creditors' Committee was served to those persons listed below by the indicated means, on the 9th day of May, 2016.

<u>/s/ *Ellen M. Hickman*</u>
Ellen M. Hickman

**<u>Debtor</u>** (via regular U. S. Mail)

East African Drilling LTD.
9595 Six Pines, Bld 8, Suite 8210
The Woodlands, TX   77380

**<u>Counsel for Debtors</u>** (via ECF)

James B. Jameson
P. O. Box 980575
Houston, TX 77098
jbjameson@jamesonlaw.net

**<u>Creditors willing to serve</u>** (via email)

Robert A. Robinson Jr.
5118 S. Oso Pkwy
Corpus Christi, TX 78413
bobjr@robinsongroup.org