UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:   CHAPTER  **11**

**East African Drilling LTD. a/k/a East Africa Drilling Ltd.**

DEBTOR(S)   CASE NO  **16-31447**

*AMENDED*

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| African Drilling Holdings Limited<br>Craigmuir Chambers<br>PO Box 71, Road Town Tortola<br>British Virgin Islands | Membership Interests | 2 | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Restructuring Officer** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **5/17/2016**

Signature: **/s/ Shane Reeves**
*Shane Reeves*
**Restructuring Officer**