MOR-1

# UNITED STATES BANKRUPTCY COURT

| CASE NAME: | East African Drilling Ltd. a/k/a East Africa Drilling Ltd | PETITION DATE: | 3/23/2016 0:00 |
|---|---|---|---|
| CASE NUMBER: | 16-31447 | DISTRICT OF TEXAS: | Southern |
| PROPOSED PLAN DATE: | Pending | DIVISION: | Houston |

## MONTHLY OPERATING REPORT SUMMARY FOR MON April 1-31st  2016 YEAR

| MONTH | March | April | | | | | |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | | | | | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 0.00 | 0.00 | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 0.00 | 0.00 | | | | | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | | | | | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | | | | | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 0.00 | 0.00 | | | | | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED | | | CIRCLE ONE | |
|---|---|---|---|---|
| AS OF SIGNATURE DATE | EXP. DATE | | | |
| CASUALTY | YES ( ) NO ( ) | Are all accounts receivable being collected within terms? | Yes | No |
| Insured via Manchester Port General Yard Insur | | Have any pre-petition liabilities been paid within terms? | Yes | No |
| LIABILITY | YES ( ) NO ( ) | Have any post-petition liabilities, including taxes, being paid within terms? | Yes | No |
| | | If so, describe | | Subject to cash collateral agreement |
| VEHICLE | YES ( ) NO ( ) | Are all funds received being deposited into DIP bank accounts? | Yes | No |
| WORKER'S | YES ( ) NO ( ) | Were any assets disposed of outside the normal course of business? | Yes | No |
| OTHER | YES ( ) NO ( ) | If so, describe | | |
| | | Are all U.S. Trustee Quarterly Fee Payments current? | Yes | No |
| | | What is the status of your Plan of Reorganization? | Pending negotiation | |

I certify under penalty of perjury that the following complete Monthly Operating Report (AOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____
Chief Restructuring Officer
(ORIGINAL SIGNATURE)

(PRINT NAME OF SIGNATORY)
Shane Reeves

| ATTORNEY NAME: | |
| FIRM NAME: | |
| ADDRESS: | |
| CITY, STATE, ZIP: | |
| TELEPHONE/FAX: | |

MOR-1                                                                DATE    Revised 07/01/98

CASE NAME: East African Drilling Ltd. a/k/a East Africa Drilling Ltd
CASE NUMBER: 16-31447

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH March | MONTH April | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | | 572,400.91 | 572,400.91 | | | | |
| Accounts Receivable, Net | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 572,400.91 | 572,400.91 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | | 10,000,000.00 | 10,000,000.00 | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 10,000,000.00 | 10,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | $0.00 | $10,572,400.91 | $10,572,400.91 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/98

CASE NAME: East African Drilling Ltd. a/k/a East Africa Drilling Ltd
CASE NUMBER: 16-31447

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH March | MONTH April | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | |
| Notes Payable - Secured | | 40,000,000.00 | 40,000,000.00 | | | |
| Priority Debt | | | | | | |
| Federal Income Tax | | | | | | |
| FICA/Withholding | | | | | | |
| Unsecured Debt | | 5,438,180.17 | 5,438,180.17 | | | |
| Other | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 45,438,180.17 | 45,438,180.17 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES | 0.00 | 45,438,180.17 | 45,438,180.17 | 0.00 | 0.00 | 0.00 |
| OWNER'S EQUITY (DEFICIT) | UNKNOWN | UNKNOWN | UNKNOWN | | | |
| PREFERRED STOCK | UNKNOWN | UNKNOWN | UNKNOWN | | | |
| COMMON STOCK | UNKNOWN | UNKNOWN | UNKNOWN | | | |
| ADDITIONAL PAID-IN CAPITAL | UNKNOWN | UNKNOWN | UNKNOWN | | | |
| RETAINED EARNINGS: Filing Date | UNKNOWN | UNKNOWN | UNKNOWN | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES & OWNERS EQUITY | $0.00 | $45,438,180.17 | $45,438,180.17 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98

CASE NAME: East African Drilling Ltd. a/k/a East Africa Drilling Ltd
CASE NUMBER: 16-31447

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH March | MONTH April | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | |
| TAX PAYABLE | | | | | |
| Federal Payroll Taxes | | | | | |
| State Payroll Taxes | | | | | |
| Ad Valorem Taxes | | | | | |
| Other Taxes | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 40,000,000.00 | 40,000,000.00 | | | |
| ACCRUED INTEREST PAYABLE | | | | | |
| ACCRUED PROFESSIONAL FEES (estimated) | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | |
| 1. Chief Restructuring Officer | 15,000.00 | | | | |
| 2. Storage Fees | 79,790.80 | 18,000.00 | | | |
| 3. | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $40,094,790.80 | $40,018,000.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Revised 07/01/98

CASE NAME: East African Drilling Ltd. a/k/a East Africa Drilling Ltd
CASE NUMBER: 16-31447

## AGING OF POST-PETITION LIABILITIES
MONTH April

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES |
|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | |
| 31-60 | 0.00 | | | | |
| 61-90 | 0.00 | | | | |
| 91+ | 0.00 | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | MONTH |
|---|---|---|---|---|
| 0-30 DAYS | | | | |
| 31-60 DAYS | | | | |
| 61-90 DAYS | | | | |
| 91+ DAYS | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

*Revised 07/01/98*

CASE NAME: East African Drilling Ltd. a/k/a East Africa Drilling Ltd
CASE NUMBER: 16-31447

## STATEMENT OF INCOME (LOSS)

| | MONTH March | MONTH April | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | | | | | | 0.00 |
| TOTAL COST OF REVENUES | | | | | | | 0.00 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | | | | | | | 0.00 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees (estimated) | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Accrual Accounting Required, Otherwise Footnote with Explanation.
* Footnote Mandatory.
** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 07/01/98

CASE NAME: East African Drilling Ltd. a/k/a East Africa Drilling Ltd
CASE NUMBER: 16-31447

| CASH RECEIPTS AND DISBURSEMENTS | MONTH March | MONTH April | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| RECEIPTS: | | | | | | | |
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES (estimated) | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Applies to Individual debtors only
**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: East African Drilling Ltd. a/k/a East Africa Drilling Ltd
CASE NUMBER: 16-31447

## CASH ACCOUNT RECONCILIATION
### MONTH OF April

| | BANK NAME | ACCOUNT NUMBER | ACCOUNT TYPE | | | | TOTAL |
|---|---|---|---|---|---|---|---|
| | | # | OPERATING | # PAYROLL | # TAX | OTHER FUNDS | |
| BANK NAME | Nedbank Private Wealth | | | | | | |
| BANK BALANCE | | | 572,400.91 | | | | $572,400.91 |
| DEPOSITS IN TRANSIT | | | | | | | $0.00 |
| OUTSTANDING CHECKS | | | | | | | $0.00 |
| ADJUSTED BANK BALANCE | | | $572,400.91 | $0.00 | $0.00 | $0.00 | $572,400.91 |
| BEGINNING CASH - PER BOOKS | | | | | | | $0.00 |
| RECEIPTS* | | | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR  MFR-2 | | | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | | | $0.00 |
| ENDING CASH - PER BOOKS | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: East African Drilling Ltd. a/k/a East Africa Drilling Ltd
CASE NUMBER: 16-31447

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH March | MONTH April | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. Chief Restructuring Officer | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS (estimated, subject to court approval) | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. Mr. James Jameson    RETAINER | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*